WILLIAM WALSH et al., Individually and in Behalf of All Other Employees, Past and Present, of Defendants at Premises 515 Madison Avenue in the City of New York, Similarly Situated, Respondents, *v.* 515 MADISON AVENUE CORPORATION et al., Appellants.

Submitted October 19, 1944; decided November 22, 1944.

*Allan Rogow, David Barnett* and *Robert O. Weiss* for appellants.

*Louis L. Schwartz* and *Leonard Fastenberg* for respondents.

*Douglas B. Meggs, Solicitor, Bessie Margolin, Assistant Solicitor, Irving M. Rozen,* Regional Attorney, *George M. Szabad* and *Harry M. Leet,* attorneys, for L. Metcalfe Walling, Administrator of the Wage and Hour Division, United States Department of Labor, *amicus curiae.*

*Joseph V. Lane, Jr., Vincent Keane* and *Louis W. Dawson* for Mutual Life Insurance Company of New York, *amicus curiae.*

Order affirmed, with costs; no opinion. Questions certified answered in the negative.

Concur: LEHMAN, Ch. J., LOUGHRAN, RIPPEY, LEWIS, CONWAY, DESMOND and THACHER, JJ.